UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE RUNNING BEAR
TOM DOE RESTLESS DEER,
And other Plaintiffs as identified.
Pseudonyms for American Indian plaintiffs,
   Against

CITY OF MIDDLETOWN, N.Y. AND
UNIDENTIFIED ACTORS OF THE
CITY OF MIDDLETOWN, N.Y.
NEW YORK STATE
And other defendants as identified.

25 CV 8328



RECEIVED OCT - 8 2025 PRO SE OFFICE

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

This is a complaint against defendants for violation of plaintiff's civil rights under color of state law. (42 U.S.C.A. 1981, 1983, et seq.) and the Geneva Convention, individually and in conspiracy, particularly in a raid on the Native American compound, Middletown, N.Y., on September 29, 2025 and imposition of an unconstitutional Prohibition, etc. and says:

1, Plaintiffs are American Indians and associates who gathered in Middletown, New York, on unoccupied, public lands, for a Native American Cultural Gathering in the year 2025. Defendants have ancestral rights to occupy lands and have historically had mutual trading agreements with local Native Americans. On September 29. 2025, hostile forces from the City of Middletown illegally raided the Native Compound and destroyed their tepee and confiscated and destroyed possessions and issued criminal violations.

2, The land upon which Middletown … Gathering was located was misappropriated from native peoples and is now being re-discovered by native peoples. See: Treaty of Goshen 1744-5, Friendship Treaty, versus Treaty of Paris 1763, and 1783 which regarded Native Americans essentially as wildlife, i.e. woodchucks(?).

3, Under the doctrine of discovery, the Europeans claimed title to Aboriginal lands. Now in this case, we have aboriginal/ Native American people re-discovering the lands, which under their discovery gives title of the lands back to the native people. (*The Delaware Nation v. Commonwealth*, CA-3, 446 F.3d 410, [6,7,8,9,10, 11] )   The lands in

question have been **discovered** by and owned by their Delaware--Lenni Lenape tribe for thousands of years in fee simple, conferring certain rights. (Gillis Law Dictionary: 106 F.2d 217, 224, 7 A.2d 696, 698-99)

4, "Indian nations ... held ...lands they had inhabited from time immemorial." (*Oneida v. Oneida*, 1984, 105 S.Ct. 1245, 1251, 470 U.S. 226, 234) "The discovering nation takes fee title to the land" (*Delaware Nation v. Pennsylvania*, CA-3, 2006, 446 F.3d 410, 416) Erroneously "The doctrine of discovery held that the discovering (white) European nation received fee title to the discovered North American land ... subject to the (brown) Native American 's right of occupancy and use." ( *Delaware Nation v. Com. Of Pennsylvania*, 2004 WL 2755545, p. 6, citing *Johnson v. Mcintosh*, 21 U.S. 543, 588 (1823) (see: *Oneida v. Oneida, Id.* p. 234)

5, As part of celebrating their rich cultural history the plaintiffs erected a tepee for gatherings. This tepee was destroyed by actors of the City of Middletown on September 29, 2025, in violation of: the First Amendment right to gather and celebrate their religion, etc., The Fourth Amendment right to freedom from unlawful seizure, and the right to due process under the Fifth Amendment and New York eviction laws.

6, In addition Native Americans who have no local home sanctuary are violated of their rights under the Twenty First Amendment as the City has instituted unlawful Prohibition against their right to deliver or use intoxicating liquors when plaintiffs were charged with "drinking in public" when they have no non-public place or residence to otherwise deliver or use intoxicating liquors.

7, Further, impoverished Native Americans are repeatedly charged under unlawful Prohibition and are fined excessive amounts even if medically infirm, and, or unemployed and cannot afford housing or food, a violation of "excessive fines" and or cruel and excessive punishments when fines cannot be paid, a violation of the Eighth Amendment, and unlawfully subjecting them to perpetual involuntary servitude under the Thirteenth and Fourteenth Amendments, and to Entrapment violations.

8, Native Americans are denied basic rights under the Geneva Convention and the Right to Counsel under the Sixth Amendment when they are denied assistance by competent counsel or "jailhouse lawyers."

9, The defendants' attack on the American Indian compound constitutes a quasi-war against Native Americans. The Protocols of the Geneva Convention are applicable to United States courts. (*Hamdan v. Rumsfeld*, 2006, 548 U.S. 557, 560-563) The Geneva Convention Protocols "...shall be implemented in peace time" (Article 2) The protocols apply to

prisoners of war including "members of militias or volunteer corps....
Including organized resistance movements ... in or outside their own
without having had time to form themselves into regular armed units."
(Article 4)

    10, The prisoner of war shall be entitled to assistance by one of his prisoner comrades, to defense by a qualified advocate or counsel of his own choice .... (Who) may, in particular, freely visit the accused and interview him in private. (Article 105) ( *Johnson v. Avery,* 393 U.S. 483, 488, (1969) *Bounds v. Smith,* 430 U.S. 817 (1977) , *Lewis v. Casey,* 518 U.S. 343 (1996).

    11, United States District Court has held that visiting Native Americans have residential rights if here after two years. (*Make the Road New York v. Kristi Noem*, U.S.D.C.- D.C., 1:25-cv-00190-JMC, 08/29/25)

    12, New York State has enabled City Actors by outlawing respectful use of American Indian icons, effectively making American Indian names derogatory by nature * relegating American Indians to being a servile class, under the Thirteenth and Fourteenth Amendments, if not wildlife. Raid on The Gathering is not dissimilar to the raid on Sawtooth people in Pike County, Pennsylvania. (*Harris, Scott v. PA*, 2462 EDA 2023, 2470 EDA 2023)

    WHEREFORE, Plaintiffs demand that their rights be declared, and respected by injunction and that they be awarded all lawful damages of $1,000,000 and other costs including reasonable attorney fees, and such other relief as is legal and appropriate and that Native Americans be regarded as human, not wildlife to be eradicated.

Affirmed as true on information and belief,

*[signature]*

Mark Marvin, as jailhouse lawyer and Next Friend
135 Mills Road
Walden, N.Y. 12586
845-778-4693

---

To: United States District Court, 500 Pearl Street, New York, N.Y. 10007

Parties:

Mayor, City of Middletown, New York
2 James Street,
Middletown, N.Y. 10940


*James N. Baldwin,
Senior Deputy Director Commissioner for Education Police
Education Building, Room 2M EB (518) 474-3862
89 Washington Avenue
Albany, N.Y. 12234
(Re: "Use of Native American Mascots" November 17, 2022)

(4)

October 1, 2025

Clerk
United States District Court,
500 Pearl Street,
New York, N.Y. 10007

      Re:  John Doe Running Bear, et al.  v. City of Middletown

To the Court:

    Enclosed please find the civil rights complaint on behalf of Native Americans.

    Thanking your for your kind consideration, I am respectfully yours,

*[signature]*

Mark Marvin, as jailhouse lawyer and Next Friend
135 Mills Road
Walden, N.Y. 12586
845-778-4693

