UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE RUNNING BEAR; TOM DOE RESTLESS DEER, AND OTHER PLAINTIFFS IDENTIFIED PSEUDONYMS FOR AMERICAN INDIAN PLAINTIFFS,

Plaintiffs,

-against-

CITY OF MIDDLETOWN, N.Y.; UNIDENTIFIED ACTORS OF THE CITY OF MIDDLETOWN, N.Y.; NEW YORK STATE; AND OTHER DEFENDANTS AS IDENTIFIED,

Defendants.

25-cv-8328 (LLS)

CIVIL JUDGMENT

For the reasons stated in the August 12, 2026, order, the Court dismisses this action without prejudice. The Court therefore denies all motions and requests in this action.

SO ORDERED.

Dated: August 19, 2026
New York, New York

/s/ Louis L Stanton
Louis L Stanton
United States District Judge